**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re: RAYMOND THAEER KAROUMY

Debtor(s)

Case No. 26-46586-MAR
Chapter 13
Judge: MARK A. RANDON

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033

**ORDER CONFIRMING PLAN**

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$FEES BY APPLICATION** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$FEES BY APPLICATION** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]

[X] Debtors plan payment shall be increased to $7,975.00 monthly effective October 28, 2026.

[X] Creditor, Select Portfolio Servicing, Inc, shall have a Class 4.1 continuing claim payable by the Chapter 13 Trustee in the amount of $5,052.39 per month and a Class 4.2 arrearage claim in the amount of $30,916.78 payable over 60 months.

[X] This Plan shall provide a total sum for distribution to creditors holding Class 9 General Unsecured claims in an amount that is not less than the Amount Available in Chapter 7 shown on Attachment 1, Liquidation Analysis and Statement of Value of Encumbered Property (the "Unsecured Base Amount"). This Plan shall provide either (i) the Unsecured Base Amount; or (ii) will continue for the full Plan Length as indicated in Paragraph II.A of this Plan, whichever yields the greater payment to Class 9 Unsecured Creditors. See Attachment 2, Chapter 13 Model Worksheet, Line 8, for additional information concerning funds estimated to be available for payment to Class 9 Unsecured Creditors.

**Approved:**

/s/ Krispen S. Carroll - dcd
Krispen S. Carroll (P49817)
Chapter 13 Trustee
26999 Central Park Blvd, Suite 125N
Southfield, MI 48076
(313) 962-5035
notice@det13ksc.com

/s/ Kimberly H. Cambron
Kimberly H. Cambron (P70317)
For creditor: The Loan Store Inc

/s/ Brian D. Rodriguez
Brian D. Rodriguez (P57194)
Attorney for Debtor(s)
Acclaim Legal Services, P.L.L.C.
8900 E 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

**Signed on October 31, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**