Form ntcconf13pln

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

---

Case No.: **26−46586−mar**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Raymond Thaeer Karoumy
2282 Kingscross Drive
Shelby Township, MI 48316

Social Security No.:
xxx−xx−6768

Employer's Tax I.D. No.:

---

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

To the Creditors of the above−named Debtor(s):

NOTICE IS HEREBY GIVEN that the Chapter 13 Plan filed on **06/23/26** was confirmed on **10/31/26**.

Should the Debtor fail to abide by the terms of the confirmed plan, it shall be the interested creditors' duty to bring the matter before the Court for appropriate relief.

Dated: 11/2/26

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT