Form ntcconf13pln

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

---

Case No.: **26−46586−mar**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Raymond Thaeer Karoumy
2282 Kingscross Drive
Shelby Township, MI 48316

Social Security No.:
xxx−xx−6768

Employer's Tax I.D. No.:

---

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

To the Creditors of the above−named Debtor(s):

NOTICE IS HEREBY GIVEN that the Chapter 13 Plan filed on **06/23/26** was confirmed on **10/31/26**.

Should the Debtor fail to abide by the terms of the confirmed plan, it shall be the interested creditors' duty to bring the matter before the Court for appropriate relief.

Dated: 11/2/26

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re: Case No. 26-46586-mar
Raymond Thaeer Karoumy Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: admin 
Date Rcvd: Nov 02, 2026 Form ID: cnf13pln Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond Thaeer Karoumy, 2282 Kingscross Drive, Shelby Township, MI 48316-5610 |
| 28979466 | + | Tbom/cci Mc, The Bank of Missouri, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 29011585 | + | The Loan Store, Inc., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 29019717 | + | Windemere East Townhouses, 2553 23 Mile Rd., Utica, MI 48316-3807 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29017340 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 22:12:42 | Affirm Operational Loans VII Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29017506 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 22:11:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28979449 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 02 2026 22:38:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 28979453 | | Email/Text: cfcbackoffice@contfinco.com | Nov 02 2026 23:02:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 28979450 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2026 22:11:14 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28979451 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 02 2026 22:11:19 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 28984645 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2026 22:11:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29068019 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2026 22:12:42 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 28979452 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2026 23:03:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 28979454 | + | Email/Text: bkmailings@nbsdefaultservices.com | Nov 02 2026 23:02:00 | Cornerstone Servicing, Po Box 3398, Englewood, CO 80155-3398 |
| 28979455 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2026 22:12:41 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 28979456 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2026 22:12:40 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 29028864 | + | Email/Text: brupt1@dteenergy.com | Nov 02 2026 23:03:00 | DTE ENERGY, ONE ENERGY PLAZA WCB 735, DETROIT, MI 48226-1221 |
| 28993272 | | Email/Text: exeter@ebn.phinsolutions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 02 2026 23:02:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 28979457 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 02 2026 23:02:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 28979459 | | Email/Text: bankruptcyfilings@fundbox.com | Nov 02 2026 22:38:00 | Fundbox, 5760 Legacy Drive, Suite B3-535, Plano, TX 75024 |
| 28979458 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 02 2026 22:38:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 29037913 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 22:12:42 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28979460 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2026 23:03:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 29025625 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2026 23:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 29025030 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2026 23:03:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 29037531 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 22:11:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29020361 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2026 22:11:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 28979461 | | Email/Text: ml-ebn@missionlane.com | Nov 02 2026 22:38:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 29068565 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2026 23:03:00 | Morgan Stanley Mortgage Capital Holdings, LLC, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 29059826 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2026 22:11:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 29024484 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2026 23:03:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 28979463 | | Email/Text: bankruptcy.notices@sparrowcard.com | Nov 02 2026 23:02:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy, 9450 Sw Gemini Dr. #87446, Beaverton, OR 97008 |
| 28979462 | + | Email/Text: mhogan@sspclegal.com | Nov 02 2026 23:02:00 | Schneiderman & Sherman, 23938 Research Drive, Ste. 300, Farmington Hills, MI 48335-2605 |
| 28979464 | ^ | MEBN | Nov 02 2026 21:18:26 | Syncb/onepay Walmart, Po Box 71727, Philadelphia, PA 19176-1727 |
| 28979465 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2026 22:11:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian D. Rodriguez | on behalf of Debtor Raymond Thaeer Karoumy filing@acclaimlegalservices.com alsfiling@gmail.com;BrianR55374@notify.bestcase.com |
| Heather R. Burnard | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC EasternECF@Trottlaw.com |
| Kimberly Cambron | on behalf of Creditor The Loan Store Inc. kcambron@raslg.com, FRESHSTARTLAWPC@jubileebk.net;ECF@freshstartlawtn.com |
| Krispen S. Carroll | notice@det13ksc.com |
| William D. Johnson | on behalf of Debtor Raymond Thaeer Karoumy filing@acclaimlegalservices.com alsfiling@gmail.com;Billr55374@notify.bestcase.com |

TOTAL: 5